## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lishay Lavi , et al., )<br>    v. )<br>UNRWA USA National Committee, Inc., )<br>a Delaware corporation, ) | Civil Action No. 1:24-cv-00312-UNA |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **David I. Schoen** to represent all Plaintiffs in this matter.

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 North Orange Street, 7th floor
Wilmington, Delaware 19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Plaintiffs

Date: March 11, 2024

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is **GRANTED**.

Date: _____    _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ David I. Schoen (Ala. Bar # 0860-O42D)
David I. Schoen, Attorney at Law
2800 Zelda Road
Suite 100-6, Montgomery, AL 36106
334-395-6611
Schoenlawfirm@gmail.com

Dated: March 11, 2024