IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

         Plaintiffs,

-against-

UNRWA USA NATIONAL COMMITTEE, INC.,

         Defendant.

---------------------------------------------------------------------- X

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Civil Case No.
24-cv-00312 (RGA)

  IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Defendant shall file an answer or otherwise respond to the Complaint is extended through and including May 28, 2024.

Dated: April 9, 2024

| FINGER & SLANINA, LLC | BELDOCK LEVINE & HOFFMAN LLP |
|---|---|
| /s/ David L. Finger_____ | _____ |
| David L. Finger (ID # 2556) | Luna Droubi |
| One Commerce Center | *Pro Hac Vice to be Filed* |
| 1201 North Orange Street, 7th floor | 99 Park Ave., PH/26th Floor |
| Wilmington, Delaware 19801-1186 | New York, NY 10016 |
| Phone: (302) 573-2525 | Phone: (212)277-5875 |
| dfinger@delawgroup.com | ldroubi@blhny.com |

SO ORDERED this _____ of _____, 2024

_____
United States District Judge