## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LISHAY LAVI, NOACH NEWMAN, : \
ADIN GEES, MAYA PARIZER, : \
NATALIE SANANDAJI, YONI : \
DILLER, HAGAR ALMOG, DAVID : \
BROMBERG, LIOR BAR OR, and : \
ARIEL EIN-GAL, :

          :

   Plaintiffs,   :   C.A. No.: 1:24-cv-00312-RGA

          :

   v.      :   JURY TRIAL DEMANDED

          :

UNRWA  USA  NATIONAL : \
COMMITTEE, INC. :

          :

   Defendant  :

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Michael C. Heyden, Jr., Esquire, and Joseph

E. Brenner, Esquire, on behalf of Defendant UNRWA USA National Committee, Inc., in the above

captioned action without waiver of any defenses, including any objections to sufficiency of process

or personal jurisdiction.

        **GORDON REES**
        **SCULLY MANSUKHANI, LLP**

        */s/ Joseph E. Brenner*
        Michael C. Heyden, Jr. (Bar No. 5616)
        Joseph E. Brenner (Bar No. 6643)
        824 N. Market Street, Suite 220
        Wilmington, DE 19801
        (302) 992-8951
        mheyden@grsm.com
        jbrenner@grsm.com

        *Attorneys for UNRWA USA National*
        *Committee, Inc.*

Dated: April 18, 2024