IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNRWA USA NATIONAL COMMITTEE, INC. | : : : | |
| Defendant | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joseph Pace to represent Defendant UNRWA USA National Committee, Inc. in this matter.

Dated: April 12, 2024

                                               **GORDON REES**
                                               **SCULLY MANSUKHANI**

                                               */s/ Joseph E. Brenner*_____
                                               Michael C. Heyden, Jr. (Bar No. 5616)
                                               Joseph E. Brenner (Bar No. 6643)
                                               824 N. Market Street, Suite 220
                                               Wilmington, DE 19801
                                               (302) 992-8954
                                               mheyden@grsm.com
                                               jbrenner@grsm.com
                                               *Attorney for UNRWA USA National*
                                               *Committee, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____                              _____
                                                                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 12, 2024

/S/  Joseph Pace
J. PACE LAW, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
(917) 336-3948
jpace@jpacelaw.com