# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNRWA USA NATIONAL COMMITTEE, INC. | : : : | |
| Defendant | : | |

## STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING FOR MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Lishay Lavi, Noach Newman, Adin Gees, Maya Parizer, Natalie Sanandaji, Yoni Diller, Hagar Almog, David Bromberg, Lior Bar Or, and Ariel Ein-Gal (collectively, "Plaintiffs") and Defendant UNRWA USA National Committee, Inc., by and through their undersigned counsel and subject to Court approval, that the following pagination limitations shall apply to briefing on Defendant's Motion to Dismiss:

1. Defendant's Opening Brief shall be limited to thirty-five pages;

2. Plaintiffs' Answering Brief shall be limited to thirty-five pages.

Dated: May 16, 2024

| | |
|---|---|
| **FINGER & SLANINA, LLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ David L. Finger* | */s/ Joseph E. Brenner* |
| David L. Finger (#2556) | Michael C. Heyden, Jr. (#5616) |
| One Commerce Center | Joseph E. Brenner (#6643) |

| | |
|---|---|
| 1201 North Orange Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 573-2525<br>dfinger@delawgroup.com | 824 N. Market St., Suite 220<br>Wilmington, DE 19801<br>(302) 992-8955<br>mheyden@grsm.com<br>jbrenner@grsm.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant, UNRWA USA National Committee, Inc.* |

SO ORDERED this __16th__ day of _____May_____, 2024.

/s/ Richard G. Andrews
_____
The Honorable Richard Andrews
Senior United States District Judge