# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

                Plaintiffs,

-against-

UNRWA USA NATIONAL COMMITTEE, INC.,

                Defendant.

---------------------------------------------------------------- X

Civil Case No.
24-cv-00312 (RGA)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maria LaHood to represent Defendant UNRWA USA National Committee, Inc. in this matter.

Dated: May 13, 2024

        **GORDON REES**
        **SCULLY MANSUKHANI**

        */s/ Joseph E. Brenner*
        Michael C. Heyden, Jr. (Bar No. 5616)
        Joseph E. Brenner (Bar No. 6643)
        824 N. Market Street, Suite 220
        Wilmington, DE 19801
        (302) 992-8954
        mheyden@grsm.com
        jbrenner@grsm.com

        *Attorney for UNRWA USA National Committee, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Maria C. LaHood
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.org

Dated: May 16, 2024