IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

                    Plaintiffs,

-against-

UNRWA USA NATIONAL COMMITTEE, INC.,

                    Defendant.

------------------------------------------------------------------------ X

Civil Case No. 24-cv-00312 (RGA)

## MOTION TO DISMISS
## OF DEFENDANT UNRWA USA NATIONAL COMMITTEE, INC.
## PURSUANT TO FED. R. CIV. P. 12(b)(6) and FED R. CIV. P 12(b)(1)

Defendant UNRWA USA National Committee, Inc. hereby moves to dismiss the Complaint (D.I. 1) in the above action pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure for failure to state a claim and pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. The grounds for this motion are fully set forth in the accompanying opening brief in support.

Dated:   May 28, 2024

| | |
|---|---|
| Maria LaHood (admitted *pro hac vice*) | /s/ Joseph E. Brenner |
| Diala Shamas (admitted *pro hac vice*) | Michael C. Heyden, Jr. (#5616) |
| Judith Brown Chomsky (admitted *pro hac vice*) | Joseph E. Brenner (#6643) |
| Beth Stephens (admitted *pro hac vice*) | GORDON REES SCULLY MANSUKHANI, LLP |
| CENTER FOR CONSTITUTIONAL RIGHTS | |
| 666 Broadway, 7th Floor | 824 N. Market St., Suite 220 |
| New York, NY 10012 | Wilmington, DE 19801 |
| (212) 614-6430 | (302) 992-8955 |
| mlahood@ccrjustice.org | mheyden@grsm.com |
| | jbrenner@grsm.com |
| Luna Droubi (admitted *pro hac vice*) | |
| BELDOCK LEVINE & HOFFMAN LLP | Joseph Pace (admitted *pro hac vice*) |
| 99 Park Ave., PH/26th Floor | J. PACE LAW PLLC |
| New York, NY 10016 | 30 Wall St, 8th Floor |

New York, NY 10005

*Attorneys for Defendant UNRWA USA National Committee, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 28, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David L. Finger<br>Finger & Slanina LLC<br>One Commerce Center<br>1201 North Orange Street, 7th Floor<br>Wilmington, DE 19801-1186<br>(302) 573-2525<br>Fax: (302) 573-2524<br>Email: dfinger@delawgroup.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David I. Schoen<br>Email: schoenlawfirm@gmail.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Michael C. Heyden, Jr._____
Michael C. Heyden, Jr. (#5616)