IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

                        Plaintiffs,

    -against-

UNRWA USA NATIONAL COMMITTEE, INC.,

                        Defendant.

------------------------------------------------------------------- X

Civil Case No.
24-cv-00312 (RGA)

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2024, upon consideration of Defendant, UNRWA USA National Committee, Inc.'s Motion to Dismiss, and any response thereto, it is hereby ORDERED that Plaintiffs' Complaint is dismissed, with prejudice.

                                                       _____

                                                       United States District Judge Richard G. Andrews