# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

                              Plaintiffs,

          -against-

UNRWA USA NATIONAL COMMITTEE, INC.,

                              Defendant.

Civil Case No.
24-cv-00312 (RGA)

---------------------------------------------------------------------- X

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on May 28, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David L. Finger<br>Finger & Slanina LLC<br>One Commerce Center<br>1201 North Orange Street, 7th Floor<br>Wilmington, DE 19801-1186<br>(302) 573-2525<br>Fax: (302) 573-2524<br>Email: dfinger@delawgroup.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David I. Schoen<br>Email: schoenlawfirm@gmail.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                /s/ Michael C. Heyden, Jr.

                                          Michael C. Heyden, Jr. (#5616)  
                                          Joseph E. Brenner (#6643)  
                                          GORDON REES SCULLY MANSUKHANI, LLP  
                                          824 N. Market St., Suite 220  
                                          Wilmington, DE 19801  
                                          (302) 992-8955  
                                          mheyden@grsm.com  
                                          jbrenner@grsm.com