**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ X

LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL,

                              Plaintiffs,

-against-

UNRWA USA NATIONAL COMMITTEE, INC.,

                              Defendant.

------------------------------------------------------------------ X

Civil Case No.
24-cv-00312 (RGA)

**DECLARATION OF MICHAEL C. HEYDEN, JR.**

I, Michael C. Heyden, Jr., being duly sworn, hereby deposes and says:

1. I am a partner at Gordon Rees Scully Mansukhani LLP, counsel to Defendant UNRWA USA National Committee, Inc. This Declaration sets forth the documents as to which Defendant has requested judicial notice in its Motion to Dismiss. (D.I. 22).

2. Attached here to as **Exhibit 1** is a true and correct copy of Congressional Research Service ("CRS"), *The United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA): Overview and the U.S. Funding Pause*, (Feb. 9, 2024), which is publicly available at https://crsreports.congress.gov/product/pdf/IN/IN12316 (last visited May 28, 2024).

3. Attached here to as **Exhibit 2** is a true and correct copy of Congressional Research Service ("CRS"), *U.S. Foreign Aid to the Palestinians*, (Dec. 12, 2018), which is publicly available at https://sgp.fas.org/crs/mideast/RS22967.pdf https://perma.cc/D24W-WR8S (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/D24W-WR8S.)

4. Attached here to as **Exhibit 3** is a true and correct copy of *Framework for Cooperation Between the United Nations Relief and Works Agency for Palestine Refugees in the*

*Near East and the United States of America, 2023-2024*, (signed May 30, 2023), which is publicly available at https://www.state.gov/wp-content/uploads/2023/06/2023-2024-US-UNRWA-Framework-for-Cooperation-FINAL.pdf (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/4XJ6-6FX9?type=image.)

5. Attached here to as **Exhibit 4** is a true and correct copy of Annex to 2023-2024 Framework Agreement, *Annex: Activities Related to Conformance With U.S. Funding Conditions Pursuant to Section 301(c) of the 1961 Foreign Assistance Act*, which is publicly available at https://www.state.gov/wp-content/uploads/2023/06/2023-2024-U.S.-UNRWA-Framework-for-Cooperation-Annex-FINAL.pdf (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/VM2H-HZ8G?type=image.)

6. Attached here to as **Exhibit 5** is a true and correct copy of UNRWA, *2023 Confirmed Pledges towards UNRWA's Programmes*, which is publicly available at https://www.unrwa.org/sites/default/files/list_of_2023_confirmed_pledges_by_all_donors.pdf (last visited May 27, 2024).

7. Attached here as **Exhibit 6** is a true and correct copy of UNWRA, *FAQ, How Many Palestine Refugees Access UNRWA Services?*, https://www.unrwa.org/who-we-are/frequently-asked-questions (last visited May 28, 2024).

8. Attached here as **Exhibit 7** is a true and correct copy of UNRWA, *What We Do*, which is publicly available at https://www.unrwa.org/what-we-do/education (last visited May 28, 2024).

9. Attached here as **Exhibit 8** is a true and correct copy of U.N. Secretary-General, *Summary by the Secretary-General of the report of the United Nations Headquarters Board of Inquiry into certain incidents that occurred in the Gaza Strip between 8 July 2014 and 26 August*

*2014* ("2015 UNSG Report"), U.N. DOC. S/2015/286 (Apr. 27, 2015), which is publicly available at https://www.un.org/unispal/document/auto-insert-181630/ (last visited May 29, 2024). (A permalink to the exhibit is available here: https://perma.cc/A3Q4-E6QU.)

10. Attached here as **Exhibit 9** is a true and correct copy of UNRWA, *Neutrality*, which is publicly available at https://www.unrwa.org/neutrality (last visited May 28, 2024).

11. Attached here as **Exhibit 10** is a true and correct copy of UNRWA, *UNRWA Statement on UN Watch Allegations*, (Aug. 5, 2021), unrwa.org/newsroom/official-statements/unrwa-statement-un-watch-allegations (last visited May 28, 2024).

12. Attached here as **Exhibit 11** is a true and correct copy of *Final Report for the United Nations Secretary-General, Independent Review of Mechanisms and Procedures to Ensure Adherence by UNRWA to the Humanitarian Principle of Neutrality*, (Apr. 20, 2024), which is publicly available at www.un.org/sites/un2.un.org/files/2024/04/unrwa_independent_review_on_neutrality.pdf (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/R69T-QVMH.)

13. Attached here as **Exhibit 12** is a true and correct copy of List of Countries Suspending UNRWA Funding, UN Watch (updated May 26, 2024), which is publicly available at https://unwatch.org/updated-list-of-countries-suspending-unwra-funding (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/R69T-QVMH.)

14. Attached here as **Exhibit 13** is a true and correct copy of Statement delivered by Permanent Representative of New Zealand (March 6, 2024), which is publicly available at https://www.mfat.govt.nz/en/media-and-resources/united-nations-general-assembly-informal-

meeting-of-the-plenary-to-hear-a-briefing-on-unrwa (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/P6M3-DDHA.)

15. Attached here as **Exhibit 14** is a true and correct copy of UNWRA USA's January 29, 2024 Press Release, which is publicly available at https://www.unrwausa.org/unrwa-usa-press-releases/unrwa-usa-horrified-by-allegations-against-some-unrwa-staff-calls-for-redoubled-efforts-amidst-catastrophic-humanitarian-crisis-in-gaza-to-aid-refugees (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/2QYU-N99T.)

16. Attached here as **Exhibit 15** is a true and correct copy of excerpts of the Georg Eckert Institute for International Textbook Research, *Report on Palestinian Textbooks ("GEI Report")*, (2021), which is publicly available at https://www.gei.de/en/research/projects/report-on-palestinian-textbooks-paltex (last visited May 28, 2024). (A permalink to the exhibit is available here: https://perma.cc/G2LH-LQY5.)

Dated: May 29, 2024
Wilmington, DE

---

Michael C. Heyden, Jr. (#5616)
GORDON REES SCULLY MANSUKHANI, LLP
824 N. Market St., Suite 220
Wilmington, DE 19801
(302) 992-8955
mheyden@grsm.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 28, 2024, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

 I further certify that I caused copies of the foregoing document to be served on May 28,

2024, upon the following in the manner indicated:

| | |
|---|---|
| David L. Finger<br>Finger & Slanina LLC<br>One Commerce Center<br>1201 North Orange Street, 7th Floor<br>Wilmington, DE 19801-1186<br>(302) 573-2525<br>Fax: (302) 573-2524<br>Email: dfinger@delawgroup.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David I. Schoen<br>Email: schoenlawfirm@gmail.com<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (#5616)
Joseph E. Brenner (#6643)
GORDON REES SCULLY MANSUKHANI, LLP
824 N. Market St., Suite 220
Wilmington, DE 19801
(302) 992-8955
mheyden@grsm.com
jbrenner@grsm.com

2