# EXHIBIT 4

## ANNEX:
## ACTIVITIES RELATED TO CONFORMANCE WITH U.S. FUNDING CONDITIONS PURSUANT TO SECTION 301(c) OF THE 1961 FOREIGN ASSISTANCE ACT

UNRWA is responsible for drafting and submitting a semi-annual report to the United States on progress towards activities below.  PRM will also track progress towards activities below.

*General*

1. Commitment by the Agency to conform to, consistent with UN resolutions and rules, conditions on U.S. contributions for UNRWA as outlined in funding agreements with the U.S. Department of State.
2. Monthly meetings or conversations between UNRWA and relevant State Department officials in which conformance with section 301(c) is discussed.
3. Regular written communication between UNRWA and relevant State Department officials on section 301(c)-related issues.

*Neutrality of UNRWA Staff/Personnel*

4. Checks conducted and documented of all UNRWA staff against the Consolidated United Nations Security Council Sanctions List once every six months reported to the U.S. in a timely manner, with a summary of any action taken by the Agency.
5. Provision of lists of UNRWA staff members to host governments, including the Palestinian and Israeli authorities, on an annual basis and to other UN member states upon written request, consistent with Section 17 of the 1946 Convention on the Privileges and Immunities of the United Nations.
6. Written communication to staff about appropriate behavior consistent with UNRWA's neutrality rules/regulations at least once every year for each of UNRWA's five fields of operation and at least once every year to all staff, including Headquarters.
7. Consistent with appropriate procedural safeguards, prompt initiation of investigations upon receipt of credible information about alleged staff/personnel misconduct and appropriate action when misconduct is found.
8. Immediate efforts taken to seek information from host countries and other authorities when staff are detained/convicted, etc.
9. Confirmation that all new and existing UNRWA staff are required to complete mandatory trainings, including a module on humanitarian principles, including neutrality, within six months of employment and that UNRWA conduct annual tracking to measure and facilitate compliance.

*Neutrality of Beneficiaries*

10. Checks conducted and documented of Palestinian refugees against the Consolidated United Nations Security Council Sanctions List every six months.

11. Upon receipt of credible information that beneficiaries have engaged in conduct of concern, conduct fact-finding, assessment and denial of assistance to beneficiaries, as appropriate.

*Neutrality of UNRWA Installations*

12. In 2023 and 2024, UNRWA will undertake integrated assessments in each UNRWA installation in Jordan, Lebanon, Syria, the West Bank, and Gaza to assess the adherence to humanitarian principles (humanity, impartiality, neutrality and independence), and protection principles in a consistent manner once a quarter. This includes assessing the neutrality of installations, both in their appearance and use. Such assessments are to be conducted by appropriately trained UNRWA staff. Based on the findings of these assessments UNRWA will follow-up on issues identified.

13. Immediate investigation of incidents of misuse of installations and immediate steps taken to assure non-recurrence, including, in appropriate cases, through seeking third party assistance.

*Neutrality of Contractors, Vendors, and Non-State Donors*

14. Checks conducted and documented of all contractors, vendors, and non-state donors against the Consolidated United Nations Security Council Sanctions List every six months.

15. Inclusion of all appropriate Agency neutrality clauses in Agency contracts, as outlined in the Regulatory Framework, with mechanisms to respond to non-compliance with neutrality clauses, as appropriate.

16. Accurate, complete, and timely details of UNRWA procurement contracts for goods or services (including construction) of aggregate annual value greater than $10,000 are made publicly available one month after the end of each quarter.  Entries are based on consistent use of vendor names.