**EXHIBIT 5**

## 2023 Confirmed Pledges towards UNRWA's Programmes
### as 31 December 2023
### In USD

| Donor | Programme Budget | | | Non Programme Budget | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Programme Budget | In-kind | Total Programme Budget | EA OPT | Syria Appeal | Projects | Syria Flash Appeal-Earthquake | Early Recovery Appeal for Jenin | Ein El Hilweh Flash Appeal | Gaza Flash appeal | |
| Andorra | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49,308 | 49,308 |
| Australia | 14,542,856 | 0 | 14,542,856 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,542,856 |
| Austria | 3,744,237 | 0 | 3,744,237 | 0 | 1,108,773 | 0 | 0 | 0 | 0 | 0 | 4,853,010 |
| Azerbaijan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 | 2,000,000 |
| Bahrain | 50,000 | 0 | 50,000 | 0 | 0 | 3,000,000 | 0 | 0 | 0 | 0 | 3,050,000 |
| Bangladesh | 50,000 | 0 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| Belgium | 8,402,028 | 0 | 8,402,028 | 0 | 3,043,854 | 3,380,435 | 0 | 0 | 0 | 0 | 14,826,317 |
| Government of Flanders | 177,013 | 0 | 177,013 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 177,013 |
| Bulgaria | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 107,875 | 107,875 |
| Brazil | 75,000 | 0 | 75,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75,000 |
| Brunei Darussalam | 114,712 | 0 | 114,712 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 214,712 |
| Canada | 20,020,078 | 0 | 20,020,078 | 2,243,270 | 1,409,496 | 1,112,760 | 0 | 0 | 0 | 14,599,660 | 39,385,264 |
| Chile | 25,000 | 0 | 25,000 | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 | 225,000 |
| China | 1,000,000 | 0 | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 2,000,000 |
| Colombia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160,000 | 160,000 |
| Croatia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 269,687 | 269,687 |
| Cyprus | 107,000 | 0 | 107,000 | 0 | 0 | 0 | 0 | 0 | 0 | 550,000 | 657,000 |
| Denmark | 19,324,615 | 0 | 19,324,615 | 0 | 0 | 194,240 | 0 | 0 | 0 | 6,014,166 | 25,533,021 |
| Djibouti | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,094,747 | 2,094,747 |
| EU | 98,492,986 | 0 | 98,492,986 | 0 | 2,157,497 | 0 | 0 | 0 | 0 | 0 | 100,650,483 |
| ECHO | 0 | 0 | 0 | 2,072,944 | 2,217,787 | 0 | 0 | 0 | 0 | 15,224,530 | 19,515,261 |
| Estonia | 85,288 | 0 | 85,288 | 0 | 0 | 0 | 0 | 0 | 0 | 36,549 | 121,837 |
| Finland | 5,458,515 | 0 | 5,458,515 | 0 | 0 | 184,808 | 0 | 0 | 0 | 0 | 5,643,323 |
| France | 53,356,349 | 64,759 | 53,421,108 | 1,097,695 | 6,777,168 | 299,570 | 0 | 0 | 736,773 | 88,790 | 62,421,104 |
| Germany | 40,381,401 | 0 | 40,381,401 | 39,869,258 | 30,072,873 | 51,815,529 | 2,157,497 | 0 | 0 | 48,593,673 | 212,890,232 |
| Greece | 42,508 | 0 | 42,508 | 0 | 0 | 0 | 0 | 0 | 0 | 43,150 | 85,658 |
| Holy See | 20,000 | 0 | 20,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,000 |
| Iceland | 1,982,384 | 0 | 1,982,384 | 0 | 0 | 255,082 | 0 | 0 | 0 | 0 | 2,237,466 |
| India | 5,000,000 | 0 | 5,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000,000 |
| Indonesia | 600,000 | 0 | 600,000 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 | 2,600,000 |
| Ireland | 18,170,892 | 0 | 18,170,892 | 0 | 1,070,664 | 0 | 0 | 0 | 0 | 0 | 19,241,556 |
| Italy | 0 | 90,986 | 90,986 | 0 | 0 | 1,375,938 | 0 | 0 | 0 | 0 | 1,466,924 |
| Japan | 3,582,686 | 64,930 | 3,647,616 | 4,183,693 | 14,511,155 | 16,887,693 | 1,300,000 | 1,000,000 | 0 | 7,000,000 | 48,530,158 |
| Jordan | 0 | 3,639,135 | 3,639,135 | 0 | 0 | 0 | 0 | 0 | 0 | 4,237,288 | 7,876,424 |
| Kazakhstan | 10,000 | 0 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 1,010,000 |
| Republic of Korea | 1,726,767 | 14,471 | 1,741,238 | 1,000,000 | 1,000,000 | 0 | 0 | 0 | 0 | 1,000,000 | 4,741,238 |
| Kuwait | 2,000,000 | 0 | 2,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |
| Latvia | 124,964 | 0 | 124,964 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 124,964 |
| Lebanon | 0 | 1,128,280 | 1,128,280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,128,280 |
| Liechtenstein | 111,732 | 0 | 111,732 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 111,732 |
| Lithuania | 33,040 | 0 | 33,040 | 0 | 0 | 0 | 0 | 0 | 0 | 106,724 | 139,763 |
| Luxembourg | 8,819,103 | 0 | 8,819,103 | 0 | 0 | 1,695,359 | 0 | 0 | 0 | 0 | 10,514,461 |
| Malaysia | 200,000 | 0 | 200,000 | 0 | 0 | 15,678 | 0 | 0 | 0 | 2,110,717 | 2,326,395 |
| Maldives | 5,000 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Malta | 53,937 | 0 | 53,937 | 0 | 0 | 0 | 26,767 | 0 | 0 | 79,114 | 159,818 |
| Mexico | 1,000,000 | 0 | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 |
| Monaco | 0 | 0 | 0 | 0 | 0 | 450,120 | 0 | 0 | 0 | 0 | 450,120 |
| Montenegro | 10,000 | 0 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 40,000 | 50,000 |
| Netherlands | 40,368,596 | 0 | 40,368,596 | 0 | 0 | 385,676 | 0 | 0 | 0 | 0 | 40,754,272 |
| New Zealand | 602,400 | 0 | 602,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 602,400 |
| Norway | 19,650,779 | 0 | 19,650,779 | 961,264 | 8,963,077 | 0 | 0 | 0 | 654,450 | 15,489,049 | 45,718,620 |
| Oman | 3,050,000 | 0 | 3,050,000 | 0 | 216,422 | 0 | 0 | 0 | 0 | 0 | 3,266,422 |
| Palestine | 0 | 2,751,649 | 2,751,649 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,751,649 |
| Philippines | 50,000 | 0 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| Poland | 241,546 | 0 | 241,546 | 0 | 0 | 0 | 0 | 0 | 0 | 767,108 | 1,008,653 |
| Portugal | 20,000 | 0 | 20,000 | 0 | 0 | 110,011 | 0 | 0 | 0 | 4,314,995 | 4,445,006 |
| Qatar | 9,000,000 | 0 | 9,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,000,000 |
| Romania | 55,006 | 0 | 55,006 | 0 | 0 | 0 | 0 | 0 | 0 | 215,750 | 270,755 |
| Russia | 2,000,000 | 0 | 2,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Saudi Arabia | 2,000,000 | 0 | 2,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |
| King Salman Humanitarian Aid and Relief Centre | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 15,000,000 |
| Singapore | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 50,000 |
| Slovenia | 324,541 | 0 | 324,541 | 0 | 0 | 0 | 0 | 0 | 0 | 961,722 | 1,286,263 |
| Slovakia | 32,859 | 0 | 32,859 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32,859 |
| South Africa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160,905 | 160,905 |
| Scotland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 950,570 | 950,570 |
| Spain | 6,916,106 | 0 | 6,916,106 | 0 | 0 | 1,478,089 | 0 | 0 | 0 | 10,787,487 | 19,181,681 |
| Spanish Agency for International Development Cooperation | 0 | 0 | 0 | 0 | 0 | 539,374 | 0 | 0 | 0 | 1,618,123 | 2,157,497 |
| Spain, Aragon Government* | 0 | 0 | 0 | 107,247 | 0 | 159,744 | 163,997 | 0 | 0 | 0 | 430,988 |
| Spain, Andalucia Government* | 200 | 0 | 200 | 0 | 128 | 0 | 212,540 | 0 | 0 | 0 | 212,868 |
| Spain, Asturias Government* | 66,521 | 0 | 66,521 | 108,720 | 53,706 | 0 | 0 | 0 | 0 | 0 | 228,947 |
| Spain, Baleares Government* | 271,465 | 0 | 271,465 | 195,813 | 0 | 0 | 0 | 0 | 0 | 0 | 467,277 |
| Spain, Barcelona City Council* | 373,266 | 0 | 373,266 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 373,266 |
| Spain, Basque Government* | 335,440 | 0 | 335,440 | 280 | 718,709 | 264,831 | 0 | 0 | 0 | 0 | 1,319,259 |
| Spain, Basque & Navarra Fund* | 0 | 0 | 0 | 0 | 0 | 0 | 24,218 | 0 | 0 | 0 | 24,218 |
| Spain, Bilbao City Council* | 32,335 | 0 | 32,335 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32,335 |
| Spain, Bizkaia Regional Government* | 0 | 0 | 0 | 0 | 186,665 | 0 | 26,969 | 0 | 0 | 0 | 213,634 |
| Spain, Caceres Regional Government* | 21,575 | 0 | 21,575 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,575 |
| Spain, Castilla la Mancha Government* | 64,586 | 0 | 64,586 | 32,120 | 0 | 0 | 0 | 0 | 0 | 0 | 96,705 |
| Spain, Castilla y Leon Government* | 0 | 0 | 0 | 0 | 38,624 | 0 | 37,485 | 0 | 0 | 0 | 76,109 |
| Spain, Castelló City Council* | 82 | 0 | 82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| Spain, Cantabria Regional Government* | 0 | 0 | 0 | 52,782 | 0 | 0 | 0 | 0 | 0 | 0 | 52,782 |
| Spain, Catalonia Government* | 853,789 | 0 | 853,789 | 0 | 0 | 0 | 0 | 0 | 0 | 318,231 | 1,172,020 |
| Spain, Donosti City Council* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,328 | 18,328 |
| Spain, Extremadura Government* | 214,592 | 0 | 214,592 | 0 | 0 | 215,750 | 0 | 0 | 0 | 0 | 430,342 |
| Spain, Fons Català* | 0 | 0 | 0 | 0 | 0 | 0 | 32,362 | 0 | 0 | 0 | 32,362 |
| Spain, Galicia Government* | 127,585 | 0 | 127,585 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127,585 |
| Spain, Gipuzkoa Regional Government* | 0 | 0 | 0 | 86,515 | 0 | 0 | 0 | 0 | 0 | 109,649 | 196,164 |
| Spain, Gran Canaria Regional Government* | 0 | 0 | 0 | 219,002 | 0 | 198,037 | 107,875 | 0 | 0 | 0 | 524,914 |
| Spain, Huelva Regional Government* | 0 | 0 | 0 | 16,358 | 0 | 0 | 0 | 0 | 0 | 0 | 16,358 |
| Spain, La Rioja Government* | 106,796 | 0 | 106,796 | 0 | 0 | 0 | 109,335 | 0 | 0 | 0 | 216,131 |
| Spain, Malaga Regional Government* | 0 | 0 | 0 | 0 | 0 | 7,636 | 0 | 0 | 0 | 0 | 7,636 |
| Spain, Navarra Government* | 521,324 | 0 | 521,324 | 0 | 0 | 68,956 | 0 | 0 | 0 | 0 | 590,281 |
| Spain, Oviedo City Council* | 0 | 0 | 0 | 53,248 | 0 | 0 | 27,442 | 0 | 0 | 0 | 80,691 |
| Spain, Valencia Government* | 422,671 | 0 | 422,671 | 362,286 | 572,421 | 775,405 | 0 | 0 | 0 | 0 | 2,132,784 |
| Spain, Valencia City Council* | 63,559 | 0 | 63,559 | 0 | 0 | 0 | 32,895 | 0 | 0 | 0 | 96,454 |
| Spain, Valencia Regional Government* | 0 | 0 | 0 | 44,346 | 0 | 0 | 0 | 0 | 0 | 0 | 44,346 |
| Spain, Zaragoza City Council* | 11,207 | 0 | 11,207 | 0 | 0 | 64,547 | 0 | 0 | 0 | 0 | 75,754 |
| Spain, Zaragoza Regional Government* | 42,599 | 0 | 42,599 | 0 | 0 | 0 | 0 | 0 | 0 | 21,308 | 63,906 |
| Sweden | 40,575,790 | 0 | 40,575,790 | 0 | 1,348,193 | 0 | 0 | 0 | 0 | 6,969,877 | 48,893,860 |
| Switzerland | 24,193,670 | 353,789 | 24,547,459 | 0 | 1,108,647 | 0 | 0 | 0 | 0 | 0 | 25,656,106 |
| Canton of Geneva | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,141,553 | 1,141,553 |
| Syria | 0 | 437,665 | 437,665 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 437,665 |
| Thailand | 40,000 | 0 | 40,000 | 0 | 0 | 0 | 0 | 0 | 0 | 80,000 | 120,000 |
| Türkiye | 10,000,000 | 0 | 10,000,000 | 11,103,820 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 22,103,820 |
| UAE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 0 | 0 | 15,000,000 |
| UK | 23,829,080 | 0 | 23,829,080 | 0 | 0 | 0 | 0 | 0 | 0 | 13,043,666 | 36,872,747 |
| USA | 218,373,326 | 0 | 218,373,326 | 88,500,000 | 37,321,000 | 16,710,619 | 3,400,000 | 3,600,000 | 3,100,000 | 51,000,000 | 422,004,945 |
| Uzbekistan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500,000 | 1,500,000 |
| UN Regular Budget | 38,091,907 | 44,725 | 38,136,632 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38,136,632 |
| CERF | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 3,000,000 | 4,000,000 |
| Education Cannot Wait Fund | 0 | 0 | 0 | 0 | 2,000,000 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |
| ILO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 359,990 | 359,990 |
| OCHA | 0 | 0 | 0 | 0 | 0 | 0 | 1,024,800 | 0 | 0 | 0 | 1,024,800 |
| UNDP | 0 | 185,298 | 185,298 | 735,450 | 100,000 | 0 | 0 | 0 | 0 | 0 | 1,020,748 |
| UNESCO | 0 | 0 | 0 | 0 | 0 | 323,684 | 0 | 0 | 0 | 0 | 323,684 |
| UNFPA | 0 | 34,333 | 34,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,333 |
| UNHCR | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 0 | 0 | 100,000 |
| UNICEF | 0 | 673,027 | 673,027 | 0 | 55,352 | 2,720,426 | 0 | 0 | 0 | 0 | 3,448,805 |
| WHO | 0 | 411,612 | 411,612 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411,612 |
| AMEX | 0 | 0 | 0 | 0 | 0 | 0 | 52,888 | 0 | 0 | 0 | 52,888 |
| ANERA | 0 | 251,869 | 251,869 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 251,869 |
| Australian Relief Organisation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,510 | 25,510 |
| Canadian Palestinian Professional Foundation | 0 | 0 | 0 | 0 | 0 | 121,202 | 0 | 0 | 0 | 0 | 121,202 |
| Handicap International | 0 | 2,425 | 2,425 | 33,293 | 0 | 0 | 0 | 0 | 0 | 0 | 35,718 |
| Hasene International e.V | 0 | 0 | 0 | 0 | 0 | 151,025 | 0 | 0 | 0 | 1,081,816 | 1,232,840 |
| Mercy USA for Aid and Development | 0 | 18,709 | 18,709 | 600,000 | 0 | 0 | 0 | 0 | 0 | 0 | 618,709 |
| Muslim Hands France | 0 | 0 | 0 | 0 | 0 | 389,755 | 0 | 0 | 0 | 212,540 | 602,294 |
| Muslim Hands UK | 0 | 0 | 0 | 459,172 | 0 | 779,427 | 0 | 0 | 0 | 1,584,976 | 2,823,575 |
| Kutxa Foundation, Spain* | 21,529 | 0 | 21,529 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,529 |
| Spain Fundacion Real Madrid* | 0 | 0 | 0 | 0 | 0 | 42,706 | 0 | 0 | 0 | 21,217 | 63,923 |
| Norwegian Refugee Council | 0 | 482,869 | 482,869 | 0 | 0 | 11,179 | 0 | 0 | 0 | 0 | 494,048 |
| Qatar Charity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,190,777 | 1,190,777 |
| Rahmatan Lil Alamin Foundation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,474,896 | 1,474,896 |
| Save the children | 0 | 2,833 | 2,833 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,833 |
| Shine Charity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 218,785 | 218,785 |
| The Clarke Education Foundation | 0 | 0 | 0 | 0 | 0 | 7,990 | 0 | 0 | 0 | 0 | 7,990 |

| Donor | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The International Arab Charity | 0 | 0 | 0 | 0 | 0 | 0 | 6,386 | 0 | 0 | 0 | 6,386 |
| RedR Australia | 0 | 19,846 | 19,846 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,846 |
| Rissho Kosei-Kai (RKK) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49,620 | 49,620 |
| Soka Gakkai | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,833 | 65,833 |
| UNRWA Spain National Committe* | 2,594,971 | 0 | 2,594,971 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,594,971 |
| UNRWA USA National Committee | 0 | 0 | 0 | 805,631 | 1,437,391 | 218,929 | 310,561 | 185,788 | 0 | 19,300,000 | 22,258,300 |
| Vitamin Angels | 0 | 1,758 | 1,758 | 0 | 0 | 119,255 | 0 | 0 | 0 | 0 | 121,013 |
| World Federation of KSIMC | 0 | 0 | 0 | 10,028 | 0 | 0 | 0 | 0 | 0 | 346,093 | 356,121 |
| World Diabetes Foundation | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 0 | 0 | 500,000 |
| EDL Capital AG | 0 | 0 | 0 | 250,000 | 0 | 250,000 | 0 | 0 | 0 | 0 | 500,000 |
| Eversheds Sutherland (International) LLP | 0 | 0 | 0 | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 2,500 |
| Fondation VRM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 100,000 |
| Novo Nordisk | 0 | 0 | 0 | 0 | 0 | 0 | 142,857 | 0 | 0 | 0 | 142,857 |
| St. John Eye Hospital | 0 | 440 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 440 |
| UNRWA Staff Members | 0 | 0 | 0 | 0 | 0 | 0 | 59,856 | 0 | 0 | 132,777 | 192,633 |
| Southern New Hampshire University | 0 | 0 | 0 | 0 | 0 | 133,896 | 0 | 0 | 0 | 0 | 133,896 |
| Organization of southern coorporation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 114,150 | 114,150 |
| Matw Project UK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 247,555 | 247,555 |
| Swedish Trade Union Confideration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,183 | 27,183 |
| Yayasan Albukhary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 504,568 | 504,568 |
| The Chellaram Foundation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 150,000 |
| Socomed Pharma Private Limited | 0 | 0 | 0 | 0 | 0 | 0 | 93,648 | 0 | 0 | 0 | 93,648 |
| Private Partnership Funding | 2,133,325 | 3,330,289 | 5,463,614 | 1,241,695 | 1,047,519 | 109,829 | 652,587 | 87,089 | 0 | 10,607,055 | 19,209,387 |
| Unipal General Trading | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250,000 | 250,000 |
| **Total** | **756,595,112** | **14,005,697** | **770,600,809** | **156,445,926** | **118,637,122** | **107,417,678** | **11,112,975** | **19,922,877** | **4,491,223** | **275,239,639** | **1,463,868,250** |

Please note that the 2023 data does not include accrued interest rates and all in-kind contributions due to the exceptional circumstances of the ongoing humanitarian crisis in Gaza
* Raised by UNRWA Spain National Committee