# EXHIBIT 6

# Frequently asked questions

unrwa.org/who-we-are/frequently-asked-questions

Palestine refugees

Palestine refugees registered with the Agency are eligible to access its services within the UNRWA areas of operations (Lebanon, Jordan, Syria, the West Bank, including East Jerusalem, and the Gaza Strip). However, not all registered refugees avail themselves of the Agency's services. Reasons include - for example - having no need for assistance or having moved outside of UNRWA areas of operations. The annual UNRWA budget is based on the number of refugees accessing services, not the total number of those registered.

UNRWA basic education and primary health-care services are accessible to all Palestine refugees who seek them in UNRWA fields of operations, while other services like cash and food assistance or hospitalization support are provided based on eligibility criteria, which target those most in need. Eligibility for the receipt of UNRWA services is not contingent on lack of nationality. Eligibility for UNRWA services is a matter separate from conferral of refugee status or nationality under international or national law, issues that go beyond the scope of the Agency's mandate.

In 2021, almost 545,000 children were enrolled in UNRWA schools (2021-2022 school year); Social Safety Net Programme assistance reached 398,044 beneficiaries; and 1.7 million received life saving humanitarian assistance. This includes those affected by conflict, blockade and occupation in the occupied Palestinian territory or the Syria conflict and Palestine refugees in Lebanon most impacted by the current crisis in the country.

Protracted Displacement & Solutions

UNRWA Operations

Funding & Financial Situation