**EXHIBIT 7**

# What We Do | UNRWA

unrwa.org/what-we-do/education

united nations relief and works agency for palestine refugees in the near east

Donate

## What We Do

Education

Our students are among the most highly educated in the region. Since the 1960s, girls have made up around half of UNRWA students.

**BACKGROUND**

Recognizing that education is fundamental to helping each child achieve their full potential and a human right, UNRWA has worked for nearly 75 years to ensure that Palestine refugee children have access to quality education. Quality education helps young Palestine refugees understand the world in which they live and promotes values of tolerance, cultural identity, and gender equality. Through its education system, UNRWA aims to ensure that Palestine refugee students develop their full potential and become "confident, innovative, questioning, thoughtful, and open-minded, to uphold human values and tolerance, proud of their Palestinian identity and contributing positively to the development of society and the global community".

UNRWA operates 706 elementary and preparatory schools in its five fields of operation, including eight secondary schools in Lebanon, providing free basic education for some 543,075 Palestine refugee children. In addition, technical vocational training and higher education is provided at eight Vocational Training Centres for approximately 8,000 Palestine refugees in all fields of operations and for 2,009 students in 2 educational science faculties (teacher training institutes, one in the West Bank and one in Jordan).

School children in UNRWA schools follow the host authorities' curricula and textbooks. UNRWA supplements these with its own materials on human rights.

**UNESCO-UNRWA PARTNERSHIP**

The UNESCO-UNRWA partnership has supported four generations of Palestine refugees to receive quality education even in times of crisis. The relationship between UNRWA and UNESCO began over 65 years ago when UNRWA was first established by the UN General Assembly. In 1950 UNRWA started out with 93 schools and around 35,000 students and since the 1960's, girls have made up around half of UNRWA students. In 2014, the Director-General of UNESCO and the Commissioner-General of UNRWA renewed the commitment of the two Agencies to work together for quality education for Palestine refugees by signing a memorandum of understanding. The long-standing support to the UNRWA education program by UNESCO was exemplified in the education reform through the leadership of the UNESCO Director of Education. The reform sought to bring about transformational change in the teaching and learning practices in the classroom. The reform has led to an enhanced UNRWA education system where we see higher levels of student achievement, increased teacher motivation, and lower student dropout rates.

**Read more:**

* [unrwa education 2030 baseline report](#)

* [unrwa ict strategy for education](#)

* [demystifying the unrwa approach to curriculum](#)

* [an investment in a quality education: promoting human rights and tolerance in the region](#)

* [school quality assurance (SQA) system](#).

* [unrwa research in progress: 2016 perceptional survey findings.](#)

* [educational research briefs publication plan](#).

## Education In Our Fields

The UNRWA Education programme in Gaza is the largest of all UNRWA programs in the five fields, serving 291,100 students (150,608 males and 140,492 females) from Grades 1-9 in the 2021/2022 school year. Students study in the 183 UNRWA schools across the Gaza Strip, of which 80 operate on a single shift basis, 198 on a double shift, staffed by some 9,443 education personnel. In line with the trend in previous years, average class sizes in the 2021/2022 school year remained 41.2 same as previous school year 2020/2021, As the main provider of services to

...[Read more](#)
[Help send humanitarian aid](#)
[Donate](#)

## Related Items

A New Semester of Learning: Preparing Tomorrow's Global Citizens in Gaza

## SUBSCRIBE TO THE UNRWA MAILING LIST

Sign up below to receive the latest news and updates about our work with Palestine refugees across the Middle East.

Copyright© United Nations Relief and Works Agency for Palestine Refugees in the Near East

ShareThis Copy and Paste