# EXHIBIT 9

# Neutrality | UNRWA

**unrwa.org**/neutrality

Neutrality dictates that humanitarian actors must not take sides in hostilities or engage in controversies of a political, racial, religious, or ideological nature. UNRWA must often operate in volatile contexts – 60 per cent of students at UNRWA schools have lived through conflict – and neutrality helps create the humanitarian space to ensure we are able to reach them and others in need. It is UNRWA's neutrality that allows it to operate on all sides and among various parties, to ensure the safe, sustained and unimpeded delivery of assistance and protection in an effective and efficient manner.

Neutrality is essential for the Agency to access its beneficiaries and provide them with crucial aid and to communicate with all parties to ensure that its buildings are not affected during times of hostilities or armed violence. Neutrality also enables UNRWA to work with host governments to import medicines for its clinics and to secure visas for staff to enable them to carry out their professional duties. These illustrations are just a snapshot of the crucial importance of neutrality for UNRWA operations.

'During wars, crises and conflicts, people seek refuge at UNRWA centers because they perceive UNRWA as a neutral body which would not pose any threat or danger to them. It is a safe haven, and this safety and trust come from the idea and shared perception that exists among people that UNRWA is a neutral party that does not have any political affiliation and does not take sides.'

UNRWA staff member, Gaza

Neutrality is especially important in the complex political landscape in which UNRWA operates today. The Agency recognises the importance of promoting and reinforcing the neutrality of its installations and staff on a regular basis to maintain its humanitarian space, guarantee access to affected populations, and increase trust in the communities in which it serves.

Neutrality is applied across the Agency's operations, including:



