# EXHIBIT 14




home   our story
how we help refugees   get involved
give smart

# UNRWA USA Horrified by Allegations Against Some UNRWA Staff, Calls for Redoubled Efforts Amidst Catastrophic Humanitarian Crisis in Gaza to Aid Refugees

Jan 29

**Official UNRWA USA Statement**

January 29, 2024

UNRWA USA National Committee (UNRWA USA) is a U.S. 501c3 nonprofit organization that is independent of the United Nations Relief and Works Agency (UNRWA) and operates in accordance with U.S. law. UNRWA USA supports UNRWA's humanitarian assistance to Palestine refugees in the Gaza Strip, West Bank, including East Jerusalem, Jordan, Lebanon, and Syria through fundraising, advocacy, and community engagement programs in the United States.

UNRWA USA has its own Board of Directors, which exercises discretion and control over donated funds. UNRWA USA staff members work for and are accountable solely to UNRWA USA. UNRWA USA funds are allocated in support of specific, designated programs that UNRWA implements for Palestine refugees. UNRWA USA staff and board exercise diligent oversight over use of these funds through regular monitoring and reporting.

UNRWA USA is horrified by the recent allegations against twelve UNRWA staff members. UNRWA leadership has taken prompt action to terminate the contracts of those allegedly involved. We welcome the UNRWA Commissioner General's request that the UN Office of Internal Oversight Services (the highest UN investigative authority) undertake an investigation into the allegations against the UNRWA staff who were allegedly implicated. **Anyone found to be involved in terrorism must be held accountable.**





home   our story
how we help refugees   get involved
give smart

give now

Even as the investigation into the current allegations proceeds, **it is imperative to recognize that the humanitarian situation in Gaza is catastrophic, with the entire population facing food insecurity and over 500,000 facing famine-level starvation.** UNRWA is the primary international organization able to provide aid on the scale needed. As the White House spokesman put it on January 26th, "they [UNRWA] have helped save literally thousands of lives in Gaza. They do important work." UNRWA has some 33,000 staff members including 13,000 staff members in Gaza, who have been doing extraordinary work under devastating conditions, with over 150 of them paying for this work with their lives.

For our part, UNRWA USA will continue its tireless efforts to help Palestine refugees in desperate need in Gaza. The need for international aid is more urgent than ever, and UNRWA has a critical role to play in providing it. Rather than pulling back on aid to UNRWA, redoubling aid efforts, to ensure UNRWA can continue and increase its vital humanitarian support in Gaza, is more urgent than ever.

\*\*\*

*UNRWA USA National Committee (UNRWA USA) is an independent nonprofit organization that provides support for the humanitarian work of the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA). UNRWA USA lifts up the voices, experiences, and humanity of Palestine refugees to secure American support for resources essential to every human being, for the promise of a better life. US taxpayers are eligible for tax deductions for donations made through UNRWA USA.*

‹ unrwa usa joins a national coalition of 50+ organizations urging president biden to restore humanitarian funding to unrwa

official unrwa statement: serious allegations against unrwa staff in the gaza strip ›