## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, AND ARIEL EIN-GAL<br><br>Plaintiffs,<br><br>v.<br><br>UNRWA USA NATIONAL COMMITTEE, INC.,<br><br>Defendant. | **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Civil Action Case No.<br>1:24-cv-00312-RGA |

### JOINT STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Plaintiffs shall file a response or otherwise respond to Defendant's Motion to Dismiss (ECF No. 21) is extended through and including July 11, 2024.

The deadline by which Defendant shall file a reply or otherwise respond to Plaintiffs' response is extended through and including August 2, 2024.

Dated: June 4, 2024                                  Respectfully submitted,

/s/ Michael C. Heyden, Jr.                          /s/ David L. Finger
Michael C. Heyden, Jr. (#5616)              David L. Finger (DE Bar ID #2556)
/s/ Jospeh E. Brenner                                Finger & Slanina, LLC
Joseph E. Brenner (#66443)                    One Commerce Center
Gordon Reese Scully Mansukhani, LLP   1201 North Orange Street, 7th floor
824 N. Market St., Suite 220                   Wilmington, Delaware 19801-1186
Wilmington, DE 19801                              Phone: (302) 573-2525
Phone: (302) 995-8955                             dfinger@delawgroup.com
mheyden@grsm.com
jbrenner@grsm.com

SO ORDERED this ____ of _____, 2024

_____
United States District Judge