# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, AND ARIEL EIN-GAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNRWA USA NATIONAL COMMITTEE, INC.,<br><br>*Defendant*. | Civil Case No. 24-cv-00312 (RGA) |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** that Theodore A. Kittila of Halloran Farkas + Kittila LLP enters his appearances on behalf of Plaintiffs and David Finger of Finger & Slanina, LLC hereby withdraws as counsel for the Plaintiffs.

Dated: July 11, 2024

/s/ *Theodore A. Kittila*
**HALLORAN FARKAS + KITTILA LLP**
Theodore A. Kittila (No. 3963)
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: tk@hfk.law

*Counsel for Plaintiffs*

/s/ *David L. Finger*
**FINGER & SLANINA, LLC**
David L. Finger (No. 2556)
1201 North Orange Street, 7th floor
Wilmington, Delaware 19801-1186
Phone: (302) 573-2525
Email: dfinger@delawgroup.com

*Withdrawing Counsel for Plaintiffs*

2

**SO ORDERED** this _____ day of _____, 2024

                                                      _____
                                                      Judge Richard G. Andrews, USDJ