# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, <br><br> Plaintiffs, <br><br> v. <br><br> UNRWA USA NATIONAL COMMITTEE, INC., A Delaware corporation, <br><br> Defendant. | **JURY TRIAL DEMANDED** <br><br> C.A. No. 1:24-cv-00312-RGA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jason B. Torchinsky, to represent Plaintiffs in this matter.

Respectfully submitted,

*/s/ Theodore A. Kittila*
Theodore A. Kittila (DE Bar ID #3963)
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, DE 19807
Phone: (302) 257-2025
Email: tk@hfk.law
*Attorney for Plaintiffs*

Date: July 11, 2024

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                              U.S.D.J.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Jason B. Torchinsky, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia and Virginia. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 3, 2024

_____
Jason Torchinsky (DC Bar #976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, DC 20037
jtorchinsky@holtzmanvogel.com
Phone: (202) 737-8808
Fax: (540) 341-8809