# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNRWA USA NATIONAL COMMITTEE, INC. | : | C.A. No.: 1:24-cv-00312-RGA |
| | : | |
| Defendant | : | JURY TRIAL DEMANDED |
| | : | |

## STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING FOR MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Lishay Lavi, Noach Newman, Adin Gees, Maya Parizer, Natalie Sanandaji, Yoni Diller, Hagar Almog, David Bromberg, Lior Bar Or, and Ariel Ein-Gal (collectively, "Plaintiffs") and Defendant UNRWA USA National Committee, Inc., by and through their undersigned counsel and subject to Court approval, that Defendant's Reply Brief shall be enlarged from ten pages to fifteen pages.

Dated: July 31, 2024

| **HALLORAN FARKAS + KITTILA LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Theodore A. Kittila*_____ | */s/ Joseph E. Brenner* _____ |
| Theodore A. Kittila (#3963) | Michael C. Heyden, Jr. (#5616) |
| 5722 Kennett Pike | Joseph E. Brenner (#6643) |
| Wilmington, DE 19807 | 824 N. Market St., Suite 220 |
| (302) 257-2025 | Wilmington, DE 19801 |
| tk@hfk.law | (302) 992-8955 |
| | mheyden@grsm.com |
| *Attorney for Plaintiffs* | jbrenner@grsm.com |
| | *Attorneys for Defendant, UNRWA USA National Committee, Inc.* |

SO ORDERED this \_\_\_\_\_ day of _____, 20\_\_\_\_.

_____
The Honorable Richard Andrews
Senior United States District Judge