## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNRWA USA NATIONAL COMMITTEE, INC. | : : : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

David L. Finger
Finger & Slanina LLC
One Commerce Center
1201 North Orange Street, 7th Floor
Wilmington, DE 19801-1186
(302) 573-2525
Fax: (302) 573-2524
Email: dfinger@delawgroup.com
*Attorneys for Plaintiff*

David I. Schoen
Email: schoenlawfirm@gmail.com
*Attorneys for Plaintiff*

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Michael C. Heyden, Jr.*
Michael C. Heyden, Jr. (Bar No. 5616)
Joseph E. Brenner (Bar No. 6643)

                                                            824 N. Market Street, Suite 220
                                                            Wilmington, DE 19801
                                                            (302) 992-8951
                                                            mheyden@grsm.com
                                                            jbrenner@grsm.com

                                                            *Attorneys for UNRWA USA National Committee, Inc.*

Dated: August 2, 2024