

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807
p: (302) 257-2025
e: tk@hfk.law

August 9, 2024

**By CM/ECF**

The Honorable Richard G. Andrew, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, Delaware 19801-3555

> Re: *Lavi,* et al. *v. UNRWA USA National Committee, Inc.*,
>     Civil Case No. 24-cv-00312 (RGA) (D. Del.)

Dear Judge Andrews:

      Pursuant to District of Delaware Local Rule 7.1.4, we write on behalf of plaintiffs in the above-referenced matter to respectfully request oral argument on the Motion to Dismiss filed by UNRWA USA National Committee, Inc. (D.I. 21) (the "Motion"). The Motion has been fully briefed by the parties. *See* D.I. 22, 31, and 34. This request is being made within 7 days of the filing of the reply briefing by defendant.

      Respectfully submitted,

      */s/ Theodore A. Kittila*

      Theodore A. Kittila (Bar No. 3963)
      Halloran Farkas + Kittila LLP

      *Counsel for Plaintiffs*

cc: All Counsel of Record (by CM/ECF)