IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNRWA USA NATIONAL COMMITTEE, INC. | : : : | |
| Defendant | : : | |

**DEFENDANT UNRWA USA NATIONAL COMMITTEE, INC'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant UNRWA USA National Committee, Inc. moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of the Motion, the Defendant states as follows:

1.      The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

    2.    A hearing is currently scheduled to occur on Wednesday June 18, 2025 at 3:00pm in Courtroom 6A before The Honorable Judge Richard G. Andrews regarding Defendant's Motion to Dismiss.

    3.    Defendant's anticipate that Joseph Pace, Esq. and Maria LaHood, Esq., both of whom have been admitted *pro hac vice* to this Court for purposes of this litigation, and Michael C. Heyden, Jr., Esq. and Joseph E. Brenner, Esq., both admitted members in good standing of the United States District Court for the District of Delaware, will be in attendance for the hearing and will require access to personal electronic devices and connectors, in addition to cellular telephones and laptop computers.

    4.    Defendants respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Joseph E. Brenner*
Michael C. Heyden, Jr. (#5616)
Joseph E. Brenner (#6643)
221 W. 10th Street, 4th Floor #447
Wilmington, DE 19801
(302) 992-8955
mheyden@grsm.com
jbrenner@grsm.com

*Attorneys for Defendant UNRWA USA National Committee, Inc.*

Dated: June 13, 2025