IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNRWA USA NATIONAL COMMITTEE, INC. | : : : : | |
| Defendant | : | |

**PROPOSED] ORDER GRANTING DEFENDANT UNRWA USA NATIONAL COMMITTEE, INC'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S <u>MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered the Defendant's Motion for Exemption of Persons From the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"), IT IS SO ORDERED this _____ day of _____, 2025 that:

1. The Motion is GRANTED;

2. For purposes of the June 18, 2025 hearing in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Michael C. Heyden, Jr.
- Joseph E. Brenner

- Joseph Pace
- Maria LaHood

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
Hon. Richard G. Andrews
Senior United States District Court Judge