IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, AND ARIEL EIN-GAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNRWA USA NATIONAL COMMITTEE, INC.,<br><br>Defendant. | Civil Action No. 24-312-RGA |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (D.I. 21) is GRANTED. Plaintiffs are permitted two weeks within which to file an Amended Complaint.

IT IS SO ORDERED.

Entered this 8th day of August, 2025

_____
United States District Judge

1