IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, AYELET SAMERANO, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONS WORKS AND RELIEF ADMINISTRATION and UNRWA USA NATIONAL COMMITTEE, INC. <br><br> Defendants. | C.A. No.: 1:24-cv-00312-RGA <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING FOR MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Lishay Lavi, Ayelet Samerano, Noach Newman, Adin Gees, Maya Parizer, Natalie Sanandaji, Yoni Diller, Hagar Almog, David Bromberg, Lior Bar Or, and Ariel Ein-Gal (collectively, "Plaintiffs") and Defendant UNRWA USA National Committee, Inc. ("UNRWA USA"), by and through their undersigned counsel and subject to Court approval, that the following briefing schedule shall apply to UNRWA USA's Motion to Dismiss:

1. By October 10, 2025, UNRWA USA will file its Motion to Dismiss and Opening Brief in Support thereof;

2. Any Opposition will be due within thirty-five (35) days thereafter; and

3.  The Reply Brief will be due within twenty-one (21) days thereafter.

Furthermore, the same pagination limitations applicable to UNRWA USA's Motion to Dismiss the Complaint, and entered by Order of this Court on May 16, 2024, D.I. 15, shall be applicable to UNRWA USA's Motion to Dismiss the Amended Complaint.

Dated: September 4, 2025

| | |
|---|---|
| **HALLORAN FARKAS + KITTILA LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Theodore A. Kittila* | */s/ Joseph E. Brenner* |
| Theodore A. Kittila (#3963) | Michael C. Heyden, Jr. (#5616) |
| 5722 Kennett Pike | Joseph E. Brenner (#6643) |
| Wilmington, DE 19807 | 221 W. 10th Street, 4th Floor #447 |
| (302) 257-2025 | Wilmington, DE 19801 |
| tk@hfk.law | (302) 992-8955 |
| | mheyden@grsm.com |
| | jbrenner@grsm.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant, UNRWA USA National Committee, Inc.* |

SO ORDERED this _____ day of _____, 20____.

_____
The Honorable Richard Andrews
Senior United States District Judge