**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LISHAY LAVI, AYELET SAMERANO, NOACH NEWMAN, ADIN GEES, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No.: 1:24-cv-00312-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED NATIONS WORKS AND RELIEF ADMINISTRATION and UNRWA USA NATIONAL COMMITTEE, INC. | : : : : : | |
| Defendants. | : : | |

**MOTION TO DISMISS OF DEFENDANT UNRWA USA NATIONAL COMMITTEE, INC. PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant, UNRWA USA National Committee, Inc., by and through the undersigned counsel, hereby moves to dismiss the Amended Complaint, D.I. 52, in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

The grounds for this motion are fully set forth in the opening brief in support being filed concurrently herewith.

Dated: October 10, 2025

**OF COUNSEL:**

Maria LaHood (admitted *pro hac vice*)
Diala Shamas (admitted *pro hac vice*)
Judith Brown Chomsky (admitted *pro hac vice*)

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Joseph E. Brenner*
Michael C. Heyden, Jr. (#5616)
Joseph E. Brenner (#6643)
221 W. 10th Street, 4th Floor #447
Wilmington, DE 19801
(302) 992-8951

Beth Stephens (admitted *pro hac vice*)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.com

mheyden@grsm.com
jbrenner@grsm.com

*Attorneys for Defendant UNRWA USA National Committee, Inc.*

Luna Droubi (admitted *pro hac vice*)
**BELDOCK LEVINE**
**& HOFFMAN LLP**
99 Park Ave., PH/26th Floor
New York, NY 10016

Joseph Pace (admitted *pro hac vice*)
**PACE FREEMAN, LLP**
30 Wall St, 8th Flood
New York, NY 10005
joseph@pacefreeman.com
(917) 336-3948

## **CERTIFICATE OF SERVICE**

I, Joseph E. Brenner, hereby certify that on October 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Theodore A. Kittila (#3963)<br>**HALLORAN FARKAS + KITTILA LLP**<br>5722 Kennett Pike<br>Wilmington, DE 19807<br>(302) 257-2025<br>tk@hfk.law<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail* |
| David I. Schoen (admitted *pro hac vice*)<br>**DAVID I. SCHOEN, ATTORNEY AT LAW**<br>2800 Zelda Road, Suite 100-6<br>Montgomery, AL 36106<br>(334) 395-6611<br>schoenlawfirm@gmail.com<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail* |
| Ben Schlager (admitted *pro hac vice*)<br>Erielle Davidson (admitted *pro hac vice*)<br>Anat Alon-Beck (admitted *pro hac vice*)<br>**NATIONAL JEWISH ADVOCACY CENTER, INC.**<br>3 Times Square<br>New York, NY 10036<br>(332) 278-1100<br>Ben@njaclaw.org<br>ErielleA@njaclaw.org<br>Anat@njaclaw.org<br><br>*Counsel for Plaintiffs* | *Via Electronic Mail* |

Jason Torchinsky (admitted *pro hac vice*)     *Via Electronic Mail*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street, NW, Suite 643A
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*

John Cycon (admitted *pro hac vice*)     *Via Electronic Mail*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808
jcycon@holtzmanvogel.com

*Counsel for Plaintiffs*

                                           */s/ Joseph E. Brenner*_____
                                           Michael C. Heyden, Jr. (#5616)
                                           Joseph E. Brenner (#6643)
                                           **GORDON REES SCULLY MANSUKHANI, LLP**
                                           221 W. 10th Street, 4th Floor #447
                                           Wilmington, DE 19801
                                           (302) 992-8951
                                           mheyden@grsm.com
                                           jbrenner@grsm.com

                                           *Attorneys for Defendant UNRWA USA National Committee, Inc.*