# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISHAY LAVI, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNRWA USA NATIONAL COMMITTEE, INC. and UNRWA USA NATIONAL COMMITTEE, INC., <br><br> *Defendants.* | C.A. No. 24-cv-00312 (RGA) |

## STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING ON MOTION FOR REQUEST FOR JUDICIAL NOTICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant UNRWA USA National Committee, Inc. ("UNRWA USA"), by and through their undersigned counsel and subject to Court approval, that UNRWA USA's Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Motion to Dismiss (D.I. 63) shall be subject to the same briefing schedule as for UNRWA USA's Motion to Dismiss. (D.I. 55).

Dated: October 23, 2025

| | |
|---|---|
| **HALLORAN FARKAS + KITTILA LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Theodore A. Kittila* <br> Theodore A. Kittila (#3963) <br> 5722 Kennett Pike <br> Wilmington, DE 19807 <br> Phone: (302) 257-2025 <br> Email: tk@hfk.law <br><br> *Attorney for Plaintiffs* | */s Joseph E. Brenner* <br> Michael C. Heyden, Jr. (#5616) <br> Joseph E. Brenner (#6643) <br> 221 W. 10th Street, 4th Floor #447 <br> Wilmington, DE 19801 <br> Phone: (302) 992-8955 <br> Email: mheyden@grsm.com \| jbrenner@grsm.com <br><br> *Attorneys for Defendant, UNRWA USA National Committee, Inc.* |

SO ORDERED this __23__ day of ___October___, 2025.

                                                /s/ Richard G. Andrews
                                         The Honorable Richard G. Andrews
                                         Senior United States District Judge