## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LISHAY LAVI, AYELET SAMERANO, NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, DAVID BROMBERG, LIOR BAR OR, and ARIEL EIN-GAL, | ) ) ) ) ) ) ) **JURY TRIAL DEMANDED** |
|                                   *Plaintiffs*, | ) ) C.A. No. 1:24-cv-00312-RGA |
| v. | ) ) |
| UNITED NATIONS WORKS AND RELIEF ADMINISTRATION ("UNRWA") and UNRWA USA NATIONAL COMMITTEE, INC. ("UNRWA USA"), | ) ) ) ) ) |
|                                   *Defendants*. | ) ) |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D. Del. Local Rule 7.1.2(b), Plaintiffs respectfully submit this Notice of Supplemental Authority to bring to the Court's attention recently enacted legislation, the Consolidated Appropriations Act, 2026, H.R. 7148, 119th Cong. (2026),[1] which Congress passed and President Trump signed into law on February 3, 2026. This authority is submitted in further support of (i) Plaintiffs' Answering Brief in Opposition to Defendant UNRWA USA's Motion to Dismiss the First Amended Complaint (D.I. 73) and (ii) Plaintiffs' Answering Brief in Opposition to Defendant UNRWA's Motion to Dismiss the First Amended Complaint (D.I. 93).

The Consolidated Appropriations Act, 2026 contains the following provision:

---

[1] Available at https://www.congress.gov/bill/119th-congress/house-bill/7148/text.

SEC. 101. FUNDING LIMITATION.

Notwithstanding any other provision of any other division of this Act, funds appropriated or otherwise made available by division F of this Act or other Acts making appropriations for the Department of State, foreign operations, and related programs, including provisions of Acts providing supplemental appropriations for the Department of State, foreign operations, and related programs, may not be used for a contribution, grant, or other payment to the United Nations Relief and Works Agency, notwithstanding any other provision of law--
   (1) for any amounts provided in prior fiscal years or in fiscal year 2026; or
   (2) for amounts provided in fiscal year 2027, until March 25, 2027.

H.R. 7148, 119th Cong. (2026), Div. G § 101.

This authority is relevant because it reflects the political branches' current judgment that UNRWA poses risks warranting a categorical prohibition on the distribution of U.S. funds to the agency.

Dated:  February 6, 2026

Respectfully submitted,

*/s/ Theodore A. Kittila*
Theodore A. Kittila (Bar No. 3963)
**HALLORAN FARKAS + KITTILA LLP**
5722 Kennett Pike
Wilmington, Delaware 19807
Email:  tk@hfk.law
Phone: (302) 257-2025
Fax: (302) 257-2019

*Counsel for Plaintiffs*

2