HALLORAN FARKAS + KITTILA LLP

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807

p: (302) 257-2025
e: tk@hfk.law

August 28, 2026

**By ECF**

The Honorable Richard G. Andrews, U.S.D.J.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 9, Room 6325
Wilmington, Delaware 19801-3570

**Re: *Lavi,* et al. *v. UNRWA USA National Committee, Inc.*, et al., C.A. 1:24-cv-00312-RGA**

Dear Judge Andrews:

Plaintiffs write in response to Your Honor's August 25, 2026 Oral Order requesting that Plaintiffs advise the Court whether they agree or disagree that, in light of *Cisco Systems v. Doe I*, 609 U.S. ---, 146 S. Ct. 1882, 1892 (2026), there is no basis to continue to assert Claim 4 of the First Amended Complaint.

Plaintiffs agree. In view of the Supreme Court's decision in *Cisco*, Plaintiffs concur that there is no basis to continue to assert Claim 4 of the First Amended Complaint and respectfully consent to its dismissal.

Respectfully submitted,

*/s/ Theodore A. Kittila* (Bar No. 3963)

Theodore A. Kittila, Attorney at Law
**HALLORAN FARKAS + KITTILA LLP**

*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)